# FARMER, MURPHY, SMITH & ALLISTON
A PROFESSIONAL LAW CORPORATION

Blane A. Smith
BSmith@Farmermurphy.com
(916) 484-3500 x 206

October 6, 2005

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Attn: Karen Hom

Re: Brice v. Progressive; Case No. C05-0809 JCS

Dear Judge Spero:

I am in receipt of an e-filed correspondence from Jonathan Saul, wherein he requests leave to appear telephonically at tomorrow's case management conference in the above-referenced matter due to the illness of a family member. By way of this correspondence, I request permission to appear telephonically at tomorrow case management conference set for 1:30 p.m., as I believe it would be more effective to have both counsel on a conference call, rather than my appearing in person and communicating with opposing counsel through a telephone. I can be reached at **(916) 484-3500, Ext. 206.**

Thank you for your consideration. I look forward to your reply.

Dated: October 6, 2005

Very truly yours,

FARMER, MURPHY, SMITH & ALLISTON

Blane A. Smith

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Joseph C. Spero]*