October 6, 2005

Magistrate Judge Joseph C. Spero          *Via Facsimile & E-File: (510) 637-3545*
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Attn: Karen Hom

    **RE:    Brice v. Progressive; Case No. C05-0809 JCS**

Dear Judge Spero:

    Pursuant to today's telephone conversation with your Courtroom Deputy Ms. Hom, I write regarding my request to appear by telephone for the Case Management Conference currently scheduled for **October 7, 2005** at **1:30 p.m.**. I am not able to make a personal appearance, as previously intended, due to the fact a member of my family has taken ill unexpectedly.

    I can be reached for the conference at (916) 201-9950. I understand telephone appearances are called at the end of the calendar. That is not a problem, and we appreciate the ability to appear via telephone. Thank you very much for your assistance and professionalism. I look forward to your early reply.

Dated: October 6, 2005

                                    Very truly yours,

                                    **NOLEN SAUL BRELSFORD**

                                    /s/

                                  Jonathan Saul

/js

cc: Blane Smith, Esq.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Joseph C. Spero]