| | |
|---|---|
| BLANE A. SMITH (SB # 96795)<br>FARMER, MURPHY, SMITH & ALLISTON<br>3640 American River Drive, Suite 150<br>Sacramento, California 95864<br>Telephone: (916) 484-3500<br>Fax: (916) 484-3510 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for SPECIALTY RISK INSURANCE COMPANY aka PROGRESSIVE CHOICE INSURANCE COMPANY, incorrectly sued herein as PROGRESSIVE CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BRICE and MARIA CARLOMAGNO-BRICE,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants.<br>_____/ | Case No. 4:05 CV-00809-JCS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |

IT IS HEREBY STIPULATED by and between counsel for the parties herein that:

The parties having reached a settlement of the above-referenced matter, counsel hereby stipulate to a continuance of the Status Conference presently set for December 2, 2005 at 1:30 p.m. and respectfully request the Court set the date of January 6, 2006 for filing of closing documents herein.

Dated: November 30, 2005              FARMER, MURPHY, SMITH & ALLISTON

By _____
Blane A. Smith
Attorneys for Defendants

---

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER

Dated: November 30, 2005      NOLEN, SAUL, BRELSFORD

By _____
Jonathan Saul
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated: Dec. 2, 2005

_____
Joseph C. Spero
United States Magistrate Judge

R:\docs\Progressive Ins\Brice v. Progressive\Pleadings\NtcOfSettlement.wpd.efmefm

STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER